IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:07CR50-1-RLV

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| RODERICK LAUADES BROWN | ) | |

Leave of Court is hereby granted for the dismissal *without prejudice* of the Bill of Indictment and the Superseding Bill of Indictment in the above-captioned matter as to Roderick Lauades Brown.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, and the United States Attorney's Office.

Signed: February 6, 2014

Richard L. Voorhees
United States District Judge